UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ECHO RATLIFF

DEBTOR                                                                 CASE NO.:  11-70137

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

     This is to certify that a copy of the Certificate of Debtor Education has been mailed to the following:  Robin Browning Brock, 128 Eula Gray St., Harlan, KY 40831;  US Trustee's Office, C/O Income Office, 100 E. Vine St., Suite 500, Lexington, KY  40507;  on this 18th day of April, 2011.

/s/Charles K. Belhasen
CHARLES K. BELHASEN
330 SECOND ST.
PAINTSVILLE, KY  41240
TELEPHONE NO.: (606)789-1293
FAX NO.: (859) 402-0260
ckbelhasen@bellsouth.net

Certificate Number: 01401-KYE-DE-014275559

Bankruptcy Case Number: 11-70137



01401-KYE-DE-014275559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2011, at 11:36 o'clock AM EDT, Echo Ratliff completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Kentucky.

Date:  March 22, 2011            By:   /s/Candy Wright for David Beetham

                                 Name: David Beetham

                                 Title: Counselor