# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:                                                           CHAPTER 7

ECHO RATLIFF

DEBTOR(S)                                                   CASE NO. 11-70137

****************************
## MOTION TO REOPEN
****************************

    Comes the Debtor, Echo Ratliff, by Counsel, and moves the Court for an order reopening the above-captioned Chapter 7 case for purposes of filing an Amended List of Assets, which was unknown by debtor at the time of filing her case.

    By way of further information to the Court, Debtor was nearly killed in an auto accident several years before the filing of this Chapter 7 case and lay in a coma for days subsequent the accident, which nearly took her life.

    Debtor recovered from the coma, but still does not have a memory of the accident, nor of filing the lawsuit which is presently pending in Floyd Circuit Court, CA 08-CI-01229.

    The Court is further advised that Debtor's total indebtedness in her Bankruptcy Case was just over $8,813.00.

Counsel for Debtor in the civil action contacted the undersigned Counsel and reported the accident case has a settlement potential well in excess of the amount of debt discharged in Debtor's Bankruptcy case.

Respectfully submitted,

/s/Charles K. Belhasen
Charles K. Belhasen
330 Second St.
Paintsville,  Kentucky   41240
Telephone : 606-789-1293
ckbelhasen@bellsouth.net

## NOTICE

Please take notice that unless a party in interest, within 14 days from the date of this motion, files a response to the motion and a request for and notice of hearing on such response, the enclosed order may be entered by the court without a hearing on the motion.

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing has been mailed to Robin Browning, 128 Eula Gray St., Harlan, KY  40831 ;  James R. Westenhoefer, 212 South 3rd St., Richmond, KY, 40475;  copy to all parties listed on the mailing matrix:;   on this the 11th  day of  July, 2013.

/s/Charles K. Belhasen
Charles K. Belhasen