UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Pikeville Division

In re:

Echo Ratliff

Debtor.

Case No. 11-70137
Chapter 7

**Motion to Amend Order Reopening Case**

Samuel K. Crocker, United States Trustee, moves the court to amend the Order reopening the above case (Doc. 14) pursuant to Fed. R. Bankr. P. 5010 for the following reasons:

1. The debtors filed this chapter 7 proceeding on February 28, 2011.

2. The chapter 7 trustee, Robin Browning, filed a Report of No Distribution on May 2, 2011. The case was closed on July 26, 2011 at which time the trustee was discharged. The Debtor's Attorney filed a motion to reopen the case on July 11, 2013 to disclose an unscheduled asset. Doc. 13. The Motion and proposed order did not request appointment of a trustee, and the Court entered the proposed order on July 30, 2013. Doc. 14.

3. Upon information and belief, this asset could be administered for the benefit of unsecured creditors. Therefore, the United States Trustee requests that the Court amend the Order reopening the case and order the United States Trustee to appoint a trustee. Upon entry of such an order,

the United States Trustee intends to appoint the first available Pikeville trustee in the current rotation.

4. Pursuant to Local Rule 9013-1(c)(i), the Court may act upon this Motion without notice and hearing.

WHEREFORE, the United States Trustee respectfully requests that the Court amend the Order reopening this case to direct appointment of a trustee.

Dated: July 31, 2013                                **Samuel K. Crocker**
                                                    United States Trustee


                                                    By: */s/ John L. Daugherty*
                                                    John L. Daugherty
                                                    Assistant U.S. Trustee
                                                    100 E. Vine St., Suite 500
                                                    Lexington, KY 40507
                                                    (859) 233-2822


## Certificate of Service

I certify that on July 31, 2013, I served a copy of the foregoing via ECF noticing on those parties who receive electronic notice in this case.

*/s/John L. Daugherty*
John L. Daugherty