## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

IN RE:                                                                  CASE NO. 11-70137
                                                                                     Chapter 7
ECHO RATLIFF
DEBTOR

## TRUSTEE'S CASE UPDATE

\* \* \*    \* \* \*    \* \* \*

Comes the Trustee, James R. Westenhoefer and respectfully updates the Court as to the administration of this estate as follows: the debtor, Echo Ratliff has a pending personal injury case. Her attorney, Doug Adams of Prestonsburg, is forwarding a copy of the employment contact to my office. When received, an application to employ counsel for the estate will be filed with the Court

Respectfully submitted,

/s/ James R. Westenhoefer
JAMES R. WESTENHOEFER, TRUSTEE
212 South Third Street
Richmond, KY  40475
Telephone: 859/624-0145